IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTA THEODORAN : | |
| : | CIVIL ACTION NO. 02-CV-4123 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____   _____
Hope S. Freiwald                                        Aline Fairweather


_____   _____
Erin Brennan                                               Kirstin J. Miller


                                                  DECHERT PRICE & RHOADS
                                                  4000 Bell Atlantic Tower
                                                  1717 Arch Street
                                                  Philadelphia, PA  19103-2793
                                                  (215) 994-4000